# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>             Plaintiff,<br><br>      v.<br><br>CLARK, et al.,<br><br>             Defendants. | Case No. 1:15-cv-01746-DAD-BAM (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 24) |

On August 15, 2017, the Court dismissed this action with prejudice due to failure to comply with Federal Rules of Civil Procedure 8, 18, and 20, and failure to state a claim. (ECF No. 21.) On August 25, 2017, Plaintiff Jesse L. Youngblood, a state prisoner proceeding pro se, filed a notice of appeal and a motion to proceed in forma pauperis. (ECF Nos. 23, 24.)

This action is closed. To the extent Plaintiff seeks leave to proceed in forma pauperis on appeal, Plaintiff was proceeding in forma pauperis in this court and therefore, his motion to proceed in forma pauperis is HEREBY ORDERED DENIED as moot. Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated: **September 14, 2017**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1